# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Eunice Wright	Docket No. 5:13-CR-71-1F

## Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eunice Wright, who, upon an earlier plea of guilty to 18 U.S.C. §641, Theft of Government Property, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on October 3, 2013, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

2. The drug testing condition required by 18 U.S.C. §3608 is suspended based upon the court's determination that the defendant poses a low risk of future substance abuse.

3. The defendant must make restitution payments to the Social Security Administration in the amount of $239,611.00. This restitution shall be paid in installments of $500.00 per month to begin 60 days after the date of this judgment.

4. The defendant must pay a special assessment fee in the amount of $100.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was ordered by the court to make monthly payments in the amount of $500.00 towards her restitution. After reviewing her finances, it is requested that her monthly payment be lowered to $300.00 monthly.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

5. That the defendant's monthly restitution payment be decreased from $500.00 to $300.00 monthly.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: December 3, 2013 |

Eunice Wright
Docket No. 5:13-CR-71-1F
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this ___3rd___ day of ___December___, 2013, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge